

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00261-CR

Terray Davon **MYLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR10602
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is **DISMISSED**.

SIGNED January 14, 2026.

_____
Velia J. Meza, Justice